Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. RIPPEY, J., dissents on the ground that the admission of the hearsay evidence of various witnesses as to statements made by Bird out of court to the effect that the defendant Phillips was assisting in the crime, was erroneous and that error cannot be disregarded.

In the Matter of THOMAS J. WALSH, Appellant and Respondent. THOMAS F. COSGROVE, Respondent and Appellant. S. HOWARD COHEN et al., as Commissioners of Elections of the City of New York, Respondents.

In the Matter of THOMAS F. COSGROVE, Appellant and Respondent. THOMAS J. WALSH, Respondent and Appellant. S. HOWARD COHEN et al., as Commissioners of Elections of the City of New York, Respondents. (Proceeding No. 3.)

Argued January 13, 1944; decided January 20, 1944.

*Irving Rivkin* and *Jerome O. Ellis* for Thomas J. Walsh, appellant and respondent.

*A. David Benjamin* and *Irving Ginsberg* for Thomas F. Cosgrove, respondent and appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Thomas W. A. Crowe* of counsel), for S. Howard Cohen et al., as Commissioners of Elections of the City of New York, respondents.

Order affirmed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.